**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

| | |
|---|---|
| DYNAMIC MANUFACTURING, INC., and DYNAMIC SALES & SERVICE, INC., | Case No.: 03-73804-SCS Chapter 7 (Consolidated) |

Debtors.

BARRY W. SPEAR, TRUSTEE,

Plaintiff,

v.                                                                                                APN: 05-07048

MID-STATE SALES AND SERVICES, INC.
and
FISHER HYDRAULICS, INC.
and
FEDERAL SIGNAL CORPORATION
and
COLORMASTERS, INC.,

Defendants.

## ORDER DISMISSING COMPLAINT AGAINST COLORMASTERS, INC.

This matter came before the Court upon the Complaint filed herein by Barry Spear, Trustee, seeking to recover certain post-petition transfers made to Defendant Colormasters, Inc. ("Colormasters"). It appearing that the parties have reached a settlement of the matter and that the settlement has been noticed to all creditors and approved by the Court; and that no further purpose would be served by continuing the adversary proceeding;

Carolyn L. Camardo, Esq. (VSB No. 23514)
Marcus, Santoro & Kozak, P.C.
1435 Crossways Boulevard, Suite 300
Chesapeake, VA 23320
757-222-2224 (telephone)
757-333-3390 (facsimile)
Counsel for Barry W. Spear Trustee

It is accordingly ADJUDGED ORDERED and DECREED that the Complaint in this matter as against Colormasters be and the same hereby is DISMISSED with prejudice.

Entered:

                                           U.S. Bankruptcy Court Judge

I ask for this:

 /s/ *Carolyn L. Camardo*
Carolyn L. Camardo, Esq., VSB #23814
Marcus, Santoro & Kozak, P.C.
1435 Crossways Boulevard, Suite 300
Chesapeake, VA 23320
757-222-2224 (voice); 757-333-3390 (fax)
Counsel for Barry W. Spear, Trustee

## CERTIFICATE OF ENDORSEMENT

I certify that the foregoing Order has been endorsed by all parties required by local rule.

                               /s/ *Carolyn L. Camardo*
                                Carolyn L. Camardo

**PARTIES TO RECEIVE COPY OF ENTERED ORDER:**

Carolyn L. Camardo, Esquire
1435 Crossways Boulevard, Suite 300
Chesapeake, VA 23320

Colormasters, Inc.
Michael W. Eastland, President
2798A Dean Drive
Virginia Beach, VA 23452

Barry W. Spear, Trustee
729 Thimble Shoals Blvd., Suite 3-C
Newport News, VA 23606