**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

| | |
|---|---|
| DYNAMIC MANUFACTURING, INC., | Case No.: 03-73804-SCS |
| and | Chapter 7 |
| DYNAMIC SALES & SERVICE, INC., | (Consolidated) |

       Debtors.

BARRY W. SPEAR, TRUSTEE,

       Plaintiff,

v.                                                    APN: 05-07048

MID-STATE SALES AND SERVICES, INC.
and
FISHER HYDRAULICS, INC.
and
FEDERAL SIGNAL CORPORATION
and
COLORMASTERS, INC.,

       Defendants.

## ORDER DISMISSING COMPLAINT AGAINST FISHER HYDRAULICS, INC.

This matter came before the Court upon the Complaint filed herein by Barry Spear, Trustee, seeking to recover certain post-petition transfers made to Defendant Fisher Hydraulics, Inc. ("Fisher"). It appearing that the parties have reached a settlement of the matter and that the

Carolyn L. Camardo, Esq. (VSB No. 23514)
Marcus, Santoro & Kozak, P.C.
1435 Crossways Boulevard, Suite 300
Chesapeake, VA 23320
757-222-2224 (telephone)
757-333-3390 (facsimile)
Counsel for Barry W. Spear Trustee

settlement has been noticed to all creditors and approved by the Court; and that no further purpose would be served by continuing the adversary proceeding;

It is accordingly ADJUDGED ORDERED and DECREED that the Complaint in this matter as against Fisher be and the same hereby is DISMISSED with prejudice.

Entered:

_____
U.S. Bankruptcy Court Judge

I ask for this:

 /s/ *Carolyn L. Camardo*
Carolyn L. Camardo, Esq., VSB #23814
Marcus, Santoro & Kozak, P.C.
1435 Crossways Boulevard, Suite 300
Chesapeake, VA 23320
757-222-2224 (voice); 757-333-3390 (fax)
Counsel for Barry W. Spear, Trustee

**CERTIFICATE OF ENDORSEMENT**

I certify that the foregoing Order has been endorsed by all parties required by local rule.

 /s/ *Carolyn L. Camardo*
Carolyn L. Camardo

**PARTIES TO RECEIVE COPY OF ENTERED ORDER:**

Carolyn L. Camardo, Esquire
Marcus, Santoro & Kozak, P.C.
1435 Crossways Boulevard, Suite 300
Chesapeake, VA 23320

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
101 West Main Street
Norfolk, VA 23510

Barry W. Spear, Trustee
729 Thimble Shoals Blvd., Suite 3-C
Newport News, VA 23606